**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

LUDVIN LEONEL VILLAFUERTE-
MIRANDA,

               Petitioner,

    v.

TODD BLANCHE, *et al*.,

               Respondents.

Case No. 2:26-cv-01814-RFB-EJY

**ORDER**

Petitioner Ludvin Leonel Villafuerte-Miranda, an immigration detainee, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1-1) and a Motion for Appointment of Counsel (ECF No. 1-2). He challenges the lawfulness of his ongoing detention at Nevada Southern Detention Center in the custody of Immigration and Customs Enforcement ("ICE").

By statute, this Court has the discretion to appoint counsel for indigent habeas corpus petitioners when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2); see also Hill v. Lizarraga, 731 Fed.Appx. 686, 687 n.2 (9th Cir. 2018); Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986) (quoting 18 U.S.C. § 3006A). That standard is satisfied here, as this case necessarily implicates a complex web of detention authority developed specifically for noncitizens. See Torres v. Barr, 976 F.3d 918, 924 (9th Cir. 2020) (discussing the complexity of the Immigration and Nationality Act) (citations omitted).

Therefore, **IT IS HEREBY ORDERED** the Petitioner's Motion for Appointment of Counsel (ECF No. 1-2) is **GRANTED**.

The Clerk of Court is kindly instructed to **ADD** the FPD to the docket as an "Attorney to

be Noticed" using the following email address: ecf_nvchu@fd.org. The Clerk is further instructed to **SEND** a copy of this Order to the FPD and CJA Coordinator for this division.

**IT IS FURTHER ORDERED** the FPD must **FILE** a notice of appearance, or **ADVISE** the Court that it cannot represent Petitioner, by **June 22, 2026**. Appointed counsel will represent Petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless appointed counsel is allowed to withdraw.

Petitioner has a parallel pending habeas petition in which he is represented by appointed counsel. See Case No. 2:26-cv-01389-RFB-BNW. Therefore, **IT IS HEREBY ORDERED** that appointed counsel shall file a notice by **June 23, 2026**, indicating whether Petitioner intends to proceed with the earlier filed case and this case in parallel, consolidate this matter with the earlier filed case, or raise the claims brought in the instant Petition in his forthcoming amended petition in Case No. 2:26-cv-01389-RFB-BNW. The Court **DEFERS** screening of the instant Petition until Petitioner addresses his parallel habeas case pending before this Court.

**DATED:** June 18, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**